

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00405-CV

Edcouch-Elsa Independent School District
v.
Domingo Rodriguez

On Appeal from the
92nd District Court of Hidalgo County, Texas
Trial Court Cause No. C-2530-22-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause dismissed for lack of subject matter jurisdiction. The Court orders the judgment of the trial court REVERSED and the cause DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

December 11, 2025